THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA DIAZ, Appellant.

Submitted August 19, 2013; decided August 22, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DUMAY, Appellant.

Submitted August 19, 2013; decided August 22, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.